# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**DOTY PROPERTIES, LLC; J. RICHARD**
**DOTY; MARTHA ANNE DOTY; and**
**AZALEA GARDENS, LLC,**                                                       **PLAINTIFFS,**

**VS.**                                                         **CIVIL ACTION NO. 3:06CV62-P-A**

**APC PARTNERS II, LLC,**                                                  **DEFENDANT.**

## ORDER

This matter comes before the court upon Plaintiffs' Motion to Strike "Supplement to Notice of Removal"[21-1]. Upon due consideration of the motion, the court finds that same is without merit and should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' Motion to Strike "Supplement to Notice of Removal"[21-1] is **DENIED**.

**SO ORDERED** this the 1st day of June, A.D., 2006.

                                                                                 /s/ W. Allen Pepper, Jr.
                                                                                 W. ALLEN PEPPER, JR.
                                                                                 UNITED STATES DISTRICT JUDGE